Barnett Weingold, Respondent, *v.* New Amsterdam Casualty Company, Appellant.

(Argued December 7, 1928; decided December 31, 1928.)

534

*Sidney J. Loeb* and *Leon M. Prince* for appellant.

*Frank C. Laughlin, Alfred B. Nathan* and *Stewart W. Bowers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ. Dissenting: O'BRIEN, J.